# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

FLORIDA SOUTHEAST CONNECTION,
LLC,

    Plaintiff,

v.                                         Case No: 8:16-cv-678-T-30JSS

5.920 ACRES OF LAND, MORE OR
LESS, IN POLK COUNTY, FLORIDA,
E. ELIAS JAHNA and CENTERSTATE
BANK OF FLORIDA, N.A.,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Notice of Dismissal (Dkt. #35). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of June, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record